2148.  BLACKWELL *v.* ROWE & COMPANY.

HILL, C. J.  No error of law is complained of, and there is some evidence
    to support the verdict.                    *Judgment affirmed.*

Foreclosure of mortgage; from city court of Danielsville—Judge
Moseley.   August 17, 1909.

Argued December 9, 1909.—Decided February 22, 1910.

*J. F. L. Bond, R. L. J. Smith,* for plaintiff in error.

*John E. Gordon,* contra.